UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHOE REGIONAL PLANNING AGENCY,<br><br>Plaintiff,<br><br>v.<br><br>DANIL REZIAPKINE et al.,<br><br>Defendants. | No.  2:24-cv-02862-DAD-JDP<br><br><br>ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)<br><br>(Doc. No. 61) |

On April 24, 2026, plaintiff filed a notice indicating that plaintiff and defendant FAUPS, LLC ("FAUPS") "have reached a settlement resolving all claims between them, including all claims asserted by Plaintiff against Defendant FAUPS, LLC, and all cross-claims asserted by Defendant FAUPS, LLC in this action." (Doc. No. 60 at 1.)  In the same filing, plaintiff states that plaintiff and defendant FAUPS intend to file dispositional documents within 21 days from the date that plaintiff filed that notice.  (*Id.*)  On the same day, the settling parties filed a joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2), seeking an order that:  (1) dismisses all claims asserted by plaintiff against defendant FAUPS with prejudice; (2) dismisses all cross-claims asserted by defendant FAUPS in this action with prejudice; (3) does not affect any claims or defenses asserted by plaintiff or the remaining parties; and (4) provides that plaintiff and defendant FAUPS, LLC shall bear their own fees and costs not otherwise provided

1

in the settlement agreement between these parties.  (Doc. No. 61 at 2.)  To date, no party has objected to the motion.

Rule 41 of the Federal Rules of Civil Procedure provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."  Fed. R. Civ. P. 41.  "Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice."  *Id.*  "A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001) (footnote omitted) (citation omitted).

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff and defendant FAUPS's joint motion, and good cause appearing, the court GRANTS the motion (Doc. No. 61) as follows:

1.  Plaintiff's claims asserted against Defendant FAUPS, LLC are DISMISSED with prejudice;

2.  Defendant FAUPS, LLC's cross-claims are DISMISSED with prejudice;

3.  Plaintiff and defendant FAUPS, LLC shall each bear their own attorneys' fees and costs, except as otherwise provided for in their settlement agreement;

4.  All dates and deadlines with respect to defendant FAUPS, LLC, if any, are vacated;

5.  This order does not affect plaintiff's claims brought against any remaining defendant or any claims or defenses among the remaining parties; and

6.  The Clerk of the Court is directed to update the docket to reflect the termination of defendant FAUPS, LLC from this action.

IT IS SO ORDERED.

Dated:   **May 14, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE