UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHOE REGIONAL PLANNING AGENCY,<br>Plaintiff,<br>v.<br>DANIL REZIAPKINE, et al.,<br>Defendants. | Case No. 2:24-cv-2862-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 70, 78) |

All defendants in this action are proceeding *pro se* and the matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21). On August 24, 2026, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion for a temporary restraining order and for a preliminary injunction (Doc. No. 70) be denied. (Doc. No. 78.) Specifically, the magistrate judge concluded that defendants had failed to meet their burden of establishing their fair chance of success on the merits of their due process claim and where therefore not entitled to the preliminary injunctive relief they had requested. (*Id.* at 4–7.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 8.) On September 4, 2026, defendants filed objections of 51 pages in length to the findings and

recommendations. (Doc. No. 82.) On September 22, 2026, plaintiff filed a response to defendants' objections. (Doc. No. 85.)

In their lengthy objections, which have been fully considered by the undersigned, defendants: 1) conflate the aquatic invasive species inspection (AIS) seal regimen applicable to vessels on the waters of Lake Tahoe with the regulatory tag that entitles its holder to launch a vessel on that lake, the latter requirement which defendants have repeatedly chosen to ignore; and (2) unpersuasively argue that they have been denied due process despite their refusal to heed or respond to the many notifications provided to them. (Doc. No. 82.) Plaintiff points out both of these deficiencies in its response. (Doc. No. 85.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on August 24, 2026 (Doc. No. 78) are adopted in full;
2. Defendants' motion for a temporary restraining order and for a preliminary injunction (Doc. No. 70) is denied; and
3. This action is referred back to the magistrate judge for further proceedings for all further pretrial matters.

IT IS SO ORDERED.

Dated: **October 13, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE